ACCEPTED
06-15-00014-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/23/2015 9:49:07 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00014-CV

### IN THE SIXTH COURT OF APPEALS
### TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/23/2015 9:49:07 AM
DEBBIE AUTREY
Clerk

## WILLIAM H. SCURLOCK,
## APPELLANT

## V.

## JOHN M. HUBBARD,
## APPELLEE

### ON APPEAL FROM CAUSE NO. 14C1653-102
### IN THE 102ND DISTRICT COURT
### BOWIE COUNTY, TEXAS

### APPELLEE'S MOTION TO DISMISS

COUNSEL FOR APPELLEE:
Brent M. Langdon
State Bar No. 11902250
Email: blangdon@ldatty.com
Kyle B. Davis
State Bar No. 24031995
Email: kdavis@ldatty.com

LANGDON✯DAVIS, L.L.P.
5902 Summerfield, Ste. A
Texarkana, Texas 75505-5547
Tel:   (903) 223-3246
Fax:   (903) 223-5227

## IDENTITY OF PARTIES AND COUNSEL

Pursuant to Rule 38.1(a) of the Texas Rules of Appellate Procedure, Appellee lists below the names all parties to the trial court's final judgment or order appealed from together with the names and addresses of all trial and appellate counsel.

*Parties:*

- William H. Scurlock/Defendant/Appellant

- John M. Hubbard, Plaintiff/Appellee

*Trial and Appellate Counsel:*

| | |
|---|---|
| Cory J. Floyd<br>Norton & Wood, LLP<br>315 Main Street<br>Texarkana, Texas 75505-1808<br>*Trial and Appellant Counsel for*<br>*William H. Scurlock* | Brent M. Langdon<br>Langdon✶Davis, LLP<br>5902 Summerfield, Ste. A<br>Texarkana, TX 75503<br>*Trial and Appellee Counsel for*<br>*John M. Hubbard* |
| Cammy R. Kennedy<br>Norton & Wood, LLP<br>315 Main Street<br>Texarkana, Texas 75505-1808<br>*Appellant Counsel for*<br>*William H. Scurlock* | Kyle B. Davis<br>Langdon✶Davis, LLP<br>5902 Summerfield, Ste. A<br>Texarkana, TX 75503<br>*Trial and Appellee Counsel for*<br>*John M. Hubbard* |

## APPELLEE'S MOTION TO DISMISS

Appellee John M. Hubbard asks the Court to dismiss Appellant William H. Scurlock's appeal.

1. This case arises out of disputes between two business associates. Scurlock and Hubbard are the only two members of a limited liability company that owns a building in downtown Texarkana, Texas. Scurlock and Hubbard are also shareholders in a corporation that owns a restaurant and brewery that operates in the building owned by the limited liability company. Scurlock and Hubbard disagree over the operation and management of the restaurant and brewery and ownership interest in the two companies. In short, as a majority shareholder, Scurlock is attempting to oust Hubbard out of the corporation and buy Hubbard's 50% interest in the limited liability company.

2. On December 23, 2014, Hubbard filed suit against Scurlock in Hubbard's individual capacity, as well as a derivative action in Hubbard's capacity as a minority shareholder in the corporation. (CR 4-14.) As part of his suit, Hubbard sought a temporary injunction to prevent Scurlock from damaging the corporation. *Id.*

3. On February 3, 2015, the trial court ordered a temporary injunction and appointed a receiver. (CR 67-73.)

4. The trial court's order set the receiver's bond at $10,000.00 and required Hubbard to post two additional bonds: a corporate bond in his individual capacity in the amount of $100,000.00 and another corporate bond of $50,000.00 in his capacity as a shareholder in the corporation, pursuant to Texas Rule of Civil Procedure 684. The trial court's order provides "[before] the issuance of the injunction, [Hubbard] must post bond as ordered payable to Defendants, conditioned and approved as required by law."

5. The receiver's bond of $10,000.00 has been paid. However, the additional $100,000.00 and the $50,000.00 bonds have not been paid. (*See* Exhibit A, Hubbard's Affidavit.) Because the required bonds have not been paid, the temporary injunction that is the subject of Scurlock's interlocutory appeal has not been issued and is not effective.

6. Because the temporary injunction that is the subject of Scurlock's interlocutory appeal is not in effect, Scurlock's interlocutory appeal regarding the temporary injunction is premature and must be dismissed for lack of jurisdiction of this Court.

For the reasons above, Hubbard asks the Court to dismiss Scurlock's interlocutory appeal for lack of jurisdiction.

4

Respectfully submitted,

By: /s/Brent M. Langdon
Brent M. Langdon
State Bar No. 11902250
Email: blangdon@ldatty.com
Kyle B. Davis
State Bar No. 24031995
Email: kdavis@ldatty.com

LANGDON✶DAVIS, L.L.P.
5902 Summerfield, Ste. A
Texarkana, Texas 75505-5547
Tel:   (903) 223-3246
Fax:   (903) 223-5227

*Attorneys for Appellee John M. Hubbard*

## CERTIFICATE OF SERVICE

This is to certify that on March 23, 2015, a true and correct copy of the above and foregoing brief has been forwarded via the court's electronic filing system to all counsel/parties of record listed below and to the trial judge via First Class U.S. Mail:

*Appellee's Appellate Attorney*

Cory J. Floyd
Cammy R. Kennedy
Norton & Wood, LLP
315 Main Street
Texarkana, Texas 75505-1808

*Trial Judge*

Honorable Bobby Lockhart
Bowie County District Court
102nd Judicial District
Bi-State Justice Building
100 North State Line, Box 10
Texarkana, TX 75501

/s/ Brent M. Langdon
Brent M. Langdon